## Third Department, September, 1967

### (September 5, 1967)

■ The People of the State of New York ex rel. Conrad B. Layton, Appellant, v. Daniel J. McMann, as Warden of Clinton Prison, Respondent.—

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.

■ The People of the State of New York, Respondent, v. Michael J. Nicholas, Appellant

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur.

■ The People of the State of New York, Respondent, v. Bernice Griffin, Appellant

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur.

■ Mary L. Rodford by Marilyn Berry, Her Guardian and Next Friend, Appellant, v. James Sample et al., Respondents

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur.

### (September 7, 1967)

■ In the Matter of Nathan G. Armstrong, Doing Business as Armstrong's Bar, Petitioner, v. Donald S. Hostetter et al., Constituting the State Liquor Authority, Respondents.

Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.

■ In the Matter of the Estate of Frank C. O'Brien, Deceased. Gertrude E. Kelliher et al., Appellants; Mathias P. Poersch et al., Respondents.—

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.

### (September 13, 1967)

■ In the Matter of the Claim of Thomas P. Vito, Respondent, v. Leonard Desson, Doing Business as Desson Farms, Appellant. Martin P. Catherwood, as Industrial Commissioner, Respondent.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur.

■ In the Matter of the Claim of Bernard H. Kelly, Respondent, v. Richards & Donahue, Inc., Appellant, and Melzar Richards, Respondent.